**JS 44 (Rev. 09/19)** CIVIL COVER SHEET

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. **(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)**

### I. PARTIES AND ATTORNEYS

**(a) Plaintiffs** WASHINGTON JR., EDWARD CECIL

**(b) County of Residence of First Listed Plaintiff** Union County, NJ *[VERIFY — INSERT IF DIFFERENT]* *(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c) Attorneys (Firm Name, Address, and Telephone Number)** PRO SE —
Edward Cecil Washington Jr.
*319 E Grant Ave*
*Roselle Park NJ 07204*
*917.723.1132*

**(a) Defendants** AMERICAN EXPRESS COMPANY

**(b) County of Residence of First Listed Defendant** New York County, NY
*(IN U.S. PLAINTIFF CASES ONLY)  NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.*

**(c) Attorneys (If Known)** *[UNKNOWN — TO BE DETERMINED]*

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ **1 U.S. Government Plaintiff**

☐ **2 U.S. Government Defendant**

☒ **3 Federal Question** *(U.S. Government Not a Party)*

☐ **4 Diversity** *(Indicate Citizenship of Parties in Item III)*

*Box 3 selected: Title VII retaliation claim arising under federal statute — U.S. Government is not a party.*

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant — For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| *Citizen of This State* | ☐ 1 | ☐ | *Incorporated or Principal Place of Business in This State* | ☐ 4 | ☐ 4 | *Foreign Nation* | ☐ 6 | ☐ 6 |
| *Citizen of Another State* | ☐ 2 | ☐ 2 | *Incorporated and Principal Place of Business in Another State* | ☐ 5 | ☐ 5 | | | |
| *Citizen or Subject of a Foreign Country* | ☐ 3 | ☐ 3 | | | | | | |

*Leave Blank — Federal Question case (not diversity). Section III does not apply.*

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

**I. PARTIES AND ATTORNEYS**

CONTRACT □ 110 Insurance □ 120 Marine □ 130 Miller Act □ 140 Negotiable Instrument □ 150 Recovery of Overpayment □ 151 Medicare Act □ 152 Recovery of Defaulted Student Loans □ 153 Recovery of Overpayment of Veteran's Benefits □ 160 Stockholders' Suits □ 190 Other Contract □ 195 Contract Product Liability □ 196 Franchise

REAL PROPERTY □ 210 Land Condemnation □ 220 Foreclosure □ 230 Rent Lease & Ejectment □ 240 Torts to Land □ 245 Tort Product Liability □ 290 All Other Real Property  TORTS — PERSONAL INJURY □ 310 Airplane □ 315 Airplane Product Liability □ 320 Assault, Libel & Slander □ 330 Federal Employers' Liability □ 340 Marine □ 345 Marine Product Liability □ 350 Motor Vehicle □ 355 Motor Vehicle Product Liability □ 360 Other Personal Injury □ 362 Personal Injury — Medical Malpractice

CIVIL RIGHTS □ 440 Other Civil Rights □ 441 Voting ☒ 442 Jobs (Employment) □ 443 Housing / Accommodations □ 444 Welfare □ 445 American with Disabilities Act — Employment □ 446 American with Disabilities Act — Other □ 448 Education IMMIGRATION □ 462 Naturalization Application □ 465 Other Immigration Actions

PRISONER PETITIONS □ 463 Alien Detainee □ 510 Motions to Vacate Sentence □ 530 General □ 535 Death Penalty □ 540 Mandamus & Other □ 550 Civil Rights □ 555 Prison Condition □ 560 Civil Detainee — Conditions of Confinement FORFEITURE / PENALTY □ 625 Drug Related Seizure of Property □ 690 Other

LABOR □ 710 Fair Labor Standards Act □ 720 Labor / Management Relations □ 740 Railway Labor Act □ 751 Family and Medical Leave Act □ 790 Other Labor Litigation □ 791 Employee Retirement Income Security Act OTHER STATUTES □ 375 False Claims Act □ 376 Qui Tam (31 U.S.C. § 3729(a)) □ 400 State Reapportionment □ 410 Antitrust □ 430 Banks and Banking □ 450 Commerce □ 460 Deportation □ 470 Racketeer Influenced & Corrupt Organizations □ 480 Consumer Credit □ 490 Cable / Satellite TV □ 850 Securities / Commodities / Exchange □ 890 Other Statutory Actions □ 891 Agricultural Acts □ 893 Environmental Matters □ 895 Freedom of Information Act □ 896 Arbitration □ 899 Administrative Procedure Act / Review of Agency Action □ 950 Constitutionality of State Statutes

## I. PARTIES AND ATTORNEYS

*Nature of Suit Code **442 (Jobs / Employment)** selected. Title VII retaliation — employment discrimination —*

*falls under Civil Rights Category 442.*

## V. ORIGIN (Place an "X" in One Box Only)

| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District (specify) | ☐ 6 Multidistrict Litigation — Transfer ☐ 8 Multidistrict Litigation — Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):* 42 U.S.C. § 2000e-3(a)

Brief description of cause: Employment retaliation in violation of Title VII of the Civil Rights Act of 1964

## VII. REQUESTED IN COMPLAINT

Check if this is a Class Action under Rule 23, F.R.Cv.P.: ☐ **Class Action** *(Not applicable — individual claim)*

Demand $ *[AMOUNT TO BE DETERMINED — INSERT IF KNOWN]*

Check YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): **Judge:** *N/A*

Case Number: **None known at this time**

## DATE AND SIGNATURE

*June 23, 2026*

**Date: June 23, 2026**

Signature of Attorney of Record:    **Edward Cecil Washington Jr.,** *Pro Se*

## FOR OFFICE USE ONLY

Receipt #: _____

Judge: _____

Amount: _____

Mag. Judge: _____

Applying IFP: _____

Docket #: _____

*JS 44 (Rev. 09/19)  |  United States District Court, District of New Jersey  |  Washington Jr. v. American Express Company*

*Prepared: June 23, 2026  |  Edward Cecil Washington Jr., Pro Se  |  Roselle Park, NJ  |  Washington Jr. v. American Express Company, D.N.J.*