**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

EDWARD CECIL WASHINGTON, JR., Civil Action No. 2:26-cv-07546-CCC-SDA
Plaintiff,

v.

AMERICAN EXPRESS NATIONAL BANK and
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,
Defendants.

---

# SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

**AMERICAN EXPRESS NATIONAL BANK**
**200 Vesey Street**
**New York, NY 10285**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward Cecil Washington, Jr., Plaintiff Pro Se
319 East Grant Avenue
Roselle Park, NJ 07204
917-723-1132 | edward.c.washington@outlook.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT Date: ____________________

____________________________________
Signature of Clerk or Deputy Clerk

**Civil Action No. 2:26-cv-07546-CCC-SDA**

## PROOF OF SERVICE

*(This section should be completed by the person who serves the summons and First Amended Complaint.)*

This summons for AMERICAN EXPRESS NATIONAL BANK was received by me on ____________________.

I served the summons and First Amended Complaint on ____________________________________,

who is designated by law or appointment to accept service on behalf of the organization,

at ___________________________________________________________________________________,

on ____________________ at _____________.

Method / additional details: ___________________________________________________________

______________________________________________________________________________________

______________________________________________________________________________________

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: ____________________ Server signature: ______________________________________

Printed name and title: _________________________________________________________________

Server address: _______________________________________________________________________