**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**EDWARD CECIL WASHINGTON, JR. v. AMERICAN EXPRESS NATIONAL BANK, et al.**
**Civil Action No. 2:26-cv-07546-CCC-SDA**
**Hon. Claire C. Cecchi, U.S.D.J. | Hon. Stacey D. Adams, U.S.M.J.**

**PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO COMPLETE SERVICE UNDER FED. R. CIV. P. 4(m)**

1. Plaintiff Edward Cecil Washington, Jr., appearing pro se, respectfully requests an extension of time to complete service of process on the defendants named in his First Amended Complaint. Plaintiff requests forty-five (45) days from the date the Clerk issues the new summonses, or such other period as the Court deems appropriate.

2. Plaintiff submitted his original Complaint to the Court on June 23, 2026. The docket reflects that the filing fee was paid and the Complaint was formally filed in July 2026, and a summons was issued to the originally named defendant, American Express Company, on July 17, 2026. Plaintiff did not complete service of that summons.

3. Before service, Plaintiff reviewed his employment and EEOC records to ensure that the proper American Express entity was named. Plaintiff discovered that his W-2 forms consistently identify American Express Travel Related Services Company, Inc. ("TRS") as his employer, while his perfected EEOC Charge names American Express National Bank ("AENB") as Respondent. AENB, through outside counsel, submitted a detailed Position Statement to the EEOC that described Plaintiff as its former employee and defended the same termination challenged in this action.

4. Plaintiff has therefore filed a First Amended Complaint naming AENB and TRS and has requested issuance of new summonses. The amended pleading concerns the same employment relationship, June 2023 internal complaint, discipline, and April 22, 2024 termination described in the original Complaint.

5. Plaintiff is acting diligently to correct the identity of the proper corporate defendant or defendants before service rather than serving an entity that his employment records do not identify as his employer. Plaintiff intends to retain a professional process server immediately after the Clerk issues the new summonses and to file proof of service promptly after service is completed.

6. The requested extension would allow service of the operative pleading on the entities identified by Plaintiff's employment and EEOC records and would avoid unnecessary disputes arising from service of the superseded pleading or the previously issued summons. No defendant has yet appeared, answered, or filed a Rule 12 motion.

7. For these reasons, Plaintiff respectfully requests that the Court extend the time for service for forty-five (45) days after issuance of the new summonses, or grant such other extension as the Court considers just.

Respectfully submitted,

/s/ Edward Cecil Washington, Jr.
EDWARD CECIL WASHINGTON, JR.
Plaintiff, Pro Se
319 East Grant Avenue
Roselle Park, New Jersey 07204
Telephone: 917-723-1132
Email: edward.c.washington@outlook.com

Dated: October 2, 2026