**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**EDWARD CECIL WASHINGTON, JR. v. AMERICAN EXPRESS NATIONAL BANK, et al.**
**Civil Action No. 2:26-cv-07546-CCC-SDA**

**REQUEST FOR ISSUANCE OF SUMMONSES**

Plaintiff Edward Cecil Washington, Jr., appearing pro se, respectfully requests that the Clerk issue a summons for each defendant named in the First Amended Complaint filed in this action:

1. American Express National Bank; and

2. American Express Travel Related Services Company, Inc.

Plaintiff requests issuance so that each newly named defendant may be served with the operative First Amended Complaint in accordance with Federal Rule of Civil Procedure 4.

Plaintiff has included proposed summons information for each defendant and will arrange service by a non-party adult professional process server after the Clerk issues the summonses.

Respectfully submitted,

/s/ Edward Cecil Washington, Jr.
EDWARD CECIL WASHINGTON, JR.
Plaintiff, Pro Se
319 East Grant Avenue
Roselle Park, New Jersey 07204
Telephone: 917-723-1132
Email: edward.c.washington@outlook.com

Dated: October 2, 2026