AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **2:26-cv-07546-CCC-SDA**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.** was received by me on **10/13/2026:**

☐ I personally served the **SUMMONS; FIRST AMENDED COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **CT Corporation System, Registered Agent**, who is designated by law to accept service of process on behalf of **AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.** at **28 Liberty St, New York, NY 10005** on **10/13/2026 at 1:01 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 82.00** for services, for a total of **$ 82.00**.

I declare under penalty of perjury that this information is true.

Date: 10/13/2026

*Server's signature*

**Stephen Theus**

*Printed name and title*

**26 Court Street**
**Suite 1812**
**BROOKLYN, NY 11242**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; FIRST AMENDED COMPLAINT, to CT Corporation System, Registered Agent. The individual appeared to be a blonde-haired white male contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs. Joseph McCabe, intake specialist**

Tracking #: **0246149170**