# AFFIDAVIT OF SERVICE

| **Case:** 2:26-cv-07546-CCC-SDA | **Court:** United States District Court for the District of New Jersey | **County:** | **Job:** 17054711 |
|---|---|---|---|
| **Plaintiff / Petitioner:** EDWARD CECIL WASHINGTON, JR., | | **Defendant / Respondent:** AMERICAN EXPRESS NATIONAL BANK and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. | |
| **Received by:** Wasatch Constables | | **For:** Edward Washington | |
| **To be served upon:** AMERICAN EXPRESS NATIONAL BANK | | | |

I, Matt Jennings, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Dani Snow, 1108 South Union Avenue: 1108 East 7220 South Union Plat Midvalley, Midvale, UT 84047

**Manner of Service:** Served - Authorized, Oct 8, 2026, 12:24 pm MDT

**Documents:** Summons on Amended Complaint , First Amended Complaint Jury Trial Demanded

**Additional Comments:**
1) Unsuccessful Attempt: Oct 8, 2026, 12:10 pm MDT at Company: 115 West Towne Ridge Parkway, Sandy, UT 84070
Documents not accepted at location. Needs to go to registered agent, CT corporation. No one authorize to accept at this location. Unable to accept service of process at this location.

2) Successful Attempt: Oct 8, 2026, 12:24 pm MDT at 1108 South Union Avenue: 1108 East 7220 South Union Plat Midvalley, Midvale, UT 84047 received by Dani Snow. Relationship: Authorized Agent;

**Fees:** $129.00

10/08/2026

Matt Jennings **Date**

Wasatch Constables
5525 S 900 E STE 110
Murray, UT 84117
(801) 946-1913