Harris S. Freier, Esq.
Latiqua M. Liles, Esq.
David J. Franzmathes, Esq.
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
10 Madison Avenue. Suite 400
Morristown, New Jersey 07960
(973) 656-1600
michael.nacchio@ogletreedeakins.com
cynthia.vera@ogletreedeakins.com
*Attorney for Defendants*
*American Express National Bank &*
*American Express Travel Related Services Company, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EDWARD CECIL WASHINGTON, JR.<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK & AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.<br><br>Defendants. | Civil Action No.: 2:26-cv-07546-CCC-SDA<br><br>**APPLICATION AND ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

Defendants American Express National Bank & American Express Travel Related Services Company, Inc. ("Defendants" or "American Express") hereby applies pursuant to Local Civil Rule 6.1(b) for a Clerk's Order extending by fourteen (14) days the time within which Defendants may answer, move, or otherwise respond to Plaintiff's Complaint. In support of the instant application, Defendants state:

1. No previous extension has been requested or obtained by Defendants.

2. On October 8, 2026, Plaintiff effectuated service of the Summons and Complaint on Defendant American Express National Bank. See ECF No. 11.

3. On October 13, 2026, Plaintiff effectuated service of the Summons and Complaint on American Express Travel Related Services Company, Inc. See ECF No. 10.

4. Defendant American Express National Bank's time to answer, move or otherwise

respond to the Complaint currently expires on October 29, 2026, twenty-one (21) days after being served. See Fed. R. Civ. P. 12(a)(1).

5. Defendant American Express Travel Related Services Company, Inc.'s time to answer, move or otherwise respond to the Complaint currently expires on November 4, 2026, 2026, twenty-one (21) days after being served (with one additional day added in because November 3 is a federal holiday). See Fed. R. Civ. P. 12(a)(1).

6. With the automatic Local Civil Rule 6.1(b) extension, Defendants' combined deadline to answer, move or otherwise respond to Plaintiff's Complaint is extended to November 12, 2026.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
*Attorneys for Defendants*

By: *s/ Harris S. Freier*
Harris S. Freier, Esq.
Latiqua M. Liles, Esq.
David J. Franzmathes, Esq.
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: (973) 656-1600
Facsimile: (973) 656-1611

Date: October 28, 2026

**ORDER**

The foregoing application is GRANTED and the time within which Defendants may answer, move, or otherwise respond to the Complaint is extended for an additional fourteen (14) days, up to and including **November 12, 2026.**

By: ________________________
Deputy Clerk

Dated: ____________________, 2026