Harris S. Freier, Esq.
Latiqua M. Liles, Esq.
David J. Franzmathes, Esq.
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
10 Madison Avenue. Suite 400
Morristown, New Jersey 07960
(973) 656-1600
michael.nacchio@ogletreedeakins.com
cynthia.vera@ogletreedeakins.com
*Attorney for Defendants*
*American Express National Bank &*
*American Express Travel Related Services Company, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EDWARD CECIL WASHINGTON, JR.<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK & AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.<br><br>Defendants. | Civil Action No.: 2:26-cv-07546-CCC-SDA<br><br>**AMERICAN EXPRESS NATIONAL BANK & AMERICAN EXPERSS TRAVEL RELATED SERVICES COMPANY, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant American Express National Bank & American Express Travel Related Services Company, Inc. hereby makes the following disclosures:

1. American Express National Bank is a wholly owned subsidiary of American Express Travel Related Services Company, Inc., whose parent is American Express Company.

2. Berkshire Hathaway owns more than 10% of American Express Company's stock.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
*Attorneys for Defendants*

By: *s/ Harris S. Freier*
Harris S. Freier, Esq.
Latiqua M. Liles, Esq.
David J. Franzmathes, Esq.
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: (973) 656-1600
Facsimile: (973) 656-1611

Date: October 28, 2026