Harris S. Freier, Esq.
David J. Franzmathes, Esq.
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Tel: (973) 656.1600
Fax: (973) 656.1611
harris.freier@ogletree.com
david.franzmathes@ogletree.com
*Attorneys for Defendants American Express National Bank and*
*American Express Travel Related Services Company, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EDWARD CECIL WASHINGTON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,<br><br>Defendants. | Hon. Claire C. Cecchi, U.S.D.J.<br>Civil Action No.: 2:26-cv-07546<br><br>*Civil Action*<br><br>**[PROPOSED] ORDER**<br><br>***Document Filed Electronically*** |

**THIS MATTER** having come before the Court upon the Motion of Defendants American Express National Bank and American Express Travel Related Services Company, Inc. (together, "Defendants") to Compel Arbitration and Stay Proceedings or, in the Alternative, to Dismiss the First Amended Complaint; and the Court having considered the submissions of the parties; and for good cause shown;

IT IS on this ____ day of ______________, 2026, **ORDERED** that:

1. Defendants' Motion is **GRANTED**;

2. Plaintiff shall submit the claims asserted in his First Amended Complaint to arbitration in accordance with the American Express Employment Arbitration Policy; and it is further

3. This action is **STAYED** pending the completion of arbitration pursuant to 9 U.S.C. § 3, and the Clerk of Court shall administratively terminate this action without prejudice to any party's right to reopen it upon the conclusion of arbitration.

4. In the alternative, First Amended Complaint is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(b)(6).

5. Counsel for Defendants shall serve a signed copy of this Order on all counsel within seven (7) days after receiving a signed copy from the Court.

_______________________________________
HON. CLAIRE C. CECCHI, U.S.D.J.

Opposed _____

Unopposed _____