Harris S. Freier, Esq.
David J. Franzmathes, Esq.
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Tel: (973) 656.1600
Fax: (973) 656.1611
harris.freier@ogletree.com
david.franzmathes@ogletree.com
*Attorneys for Defendants American Express National Bank and*
*American Express Travel Related Services Company, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EDWARD CECIL WASHINGTON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,<br><br>Defendants. | Hon. Claire C. Cecchi, U.S.D.J.<br>Civil Action No.: 2:26-cv-07546<br><br>*Civil Action*<br><br>**CERTIFICATION OF SERVICE**<br><br>***Document Filed Electronically*** |

I, Harris S. Freier, am an attorney licensed to practice in the State of New Jersey and am not a party to this action. On this date, I caused to be served a copy of the following documents:

- Defendants' Notice of Motion to Compel Arbitration and Stay Proceedings or, in the Alternative, to Dismiss the First Amended Complaint;
  - Memorandum of Law in Support of Defendants' Motion;
  - Declaration of Jill Bosch with exhibits;
  - Certification of Harris S. Freier, Esq. with exhibits;
  - Proposed Order; and

upon Plaintiff, pro se, via regular U.S. Mail, certified mail, return receipt requested, and electronic mail as follows:

Edward Cecil Washington, Jr.
319 East Grant Avenue
Roselle Park, New Jersey 07204
edward.c.washington@outlook.com
*Plaintiff, Pro Se*

I hereby certify that the foregoing statements made by me are true. I realize that if any of the foregoing statements is willfully false, I am subject to punishment.

*s/ Harris S. Freier*
Harris S. Freier

Dated: November 11, 2026