Harris S. Freier, Esq.
David J. Franzmathes, Esq.
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Tel: (973) 656.1600
Fax: (973) 656.1611
harris.freier@ogletree.com
david.franzmathes@ogletree.com
*Attorneys for Defendants American Express National Bank and*
*American Express Travel Related Services Company, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EDWARD CECIL WASHINGTON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,<br><br>Defendants. | Hon. Claire C. Cecchi, U.S.D.J.<br>Civil Action No.: 2:26-cv-07546<br><br>*Civil Action*<br><br>**CERTIFICATION OF HARRIS S. FREIER, ESQ. IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>***Document Filed Electronically*** |

I, Harris S. Freier, Esq., of full age, hereby certify as follows:

1. I am an attorney at law of the State of New Jersey and a shareholder with the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel for Defendants American Express National Bank and American Express Travel Related Services Company, Inc. in this matter. I have personal knowledge of the facts set forth herein. I make this certification in support of Defendant's Motion Compel Arbitration.

2. Attached as **Exhibit D** is a true and correct copy of the Charge of Discrimination, EEOC Charge No. 520-2025-00461, digitally signed by Plaintiff on April 3, 2025, as made available to Respondent through the EEOC Respondent Portal.

3. Attached as **Exhibit E** is a true and correct copy of the EEOC's Determination and Notice of Rights issued on March 13, 2026 in Charge No. 520-2025-00461.

4. Attached as **Exhibit F** is a true and correct copy of the June 6, 2025 Position Statement submitted on behalf of American Express National Bank, without its exhibits.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*s/ Harris S. Freier*
Harris S. Freier

Dated: November 11, 2026